# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0514. LEE v. DEUTSCHE BANK NATIONAL TRUST COMPANY.

We docketed this appeal on October 26, 2023, and on November 9, 2023 we issued an order, sua sponte, that extended the appellant's time for filing a brief until January 2, 2024, to give the appellant time to obtain new counsel because her counsel had been temporarily suspended from the practice of law.

As of this date, the appellant has neither filed a brief and enumeration of errors nor communicated to this court good cause for her failure to do so. We therefore DISMISS this appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/08/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*